ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| ENGlobal Government Services, Inc. | ) ASBCA No. 63516-ADR |
| | ) |
| Under Contract No. SP4702-22-C-0002 | ) |

APPEARANCES FOR THE APPELLANT:  Alexander Brittin, Esq.
  Brittin Law Group, PLLC
  Washington, DC

  Mary Pat Buckenmeyer, Esq.
  Dunlap Bennett & Ludwig PLLC
  Vienna, VA

APPEARANCES FOR THE GOVERNMENT:  Daniel K. Poling, Esq.
  DLA Chief Trial Attorney
  Rachel Noble, Esq.
  John J. Pritchard, Esq.
  Trial Attorneys
  DLA Land and Maritime
  Columbus, OH

  Precious Harrison-Cobb, Esq.
  Trial Attorney
  DLA Energy
  Fort Belvoir, VA

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  September 7, 2023

LAURA EYESTER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63516-ADR, Appeal of ENGlobal Government Services, Inc., rendered in conformance with the Board's Charter.

Dated:  September 7, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals